WINIFRED O. McBRIDE, as Administratrix of the Estate of MARY T. GALLAGHER, Deceased, Respondent, *v.* QUINN BURIAL CO., INC., Appellant.

(Submitted June 5, 1933; decided June 13, 1933.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 262 N. Y. 469.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LILLIE M. HOLT, Appellant, *v.* LILLIAN LAMBERT et al., Respondents.

(Submitted June 5, 1933; decided June 13, 1933.)

Motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 262 N. Y. 511.)